```
                                                    FILED
1  DANIEL J. BRODERICK, #89424                    MAR - 3 2009
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913                CLERK, U.S. DISTRICT COURT
   Staff Attorney/Misdemeanor Unit             EASTERN DISTRICT OF CALIFORNIA
3  Designated Counsel for Service              BY_____
   801 I Street, 3rd Floor                            DEPUTY CLERK
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   PETE ROSS
7
```



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Mag. 08-420-DAD |
|---|---|
| Plaintiff, | ) **AMENDED** STIPULATION AND |
| | ) [PROPOSED] ORDER |
| v. | ) |
| | ) Date: March 17, 2009 |
| PETE ROSS, | ) Time: 10:00 a.m. |
| | ) Judge: Hon. Dale A. Drozd |
| Defendant. | ) |

The United States of America, through Matthew C. Stegman, Assistant United States Attorney, together with defendant, PETE ROSS, through counsel, Michael Petrik, Jr., request that the change of plea hearing set for March 4, 2009, be continued to March 17, 2009, at 10:00 a.m.

///
///
///
///
///
///
///

The parties require additional time to finalize a plea agreement in this case. The parties also agree that the time restraints set forth in the Speedy Trial Act, 18 U.S.C. § 3161 et. seq., do not apply to this case.

Dated: March 2, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ M.Petrik

_____
MICHAEL PETRIK, Jr.
Staff Attorney/Misdemeanor Unit

Dated: March 2, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Matthew Stegman

_____
MATTHEW STEGMAN
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: 3/3/09

_____
DALE A. DROZD
United States Magistrate Judge